UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA ADAMS,

                    Plaintiff,

-v.-

177 OGB REALTY LLC et al.,

                    Defendants.

25 Civ. 05956 (JHR)

MEDIATION REFERRAL ORDER

JENNIFER H. REARDEN, District Judge:

    It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. Absent leave of Court, the mediation will have no effect upon any scheduling Order issued by this Court.

    The Court requests that a mediator with experience in ADA matters be assigned. The Court expects the parties to commence mediation promptly, and to the extent possible, **within 45 days of the Defendants' appearance.**

    Within **two days** of completing mediation, the parties shall file a joint letter apprising the Court of the outcome. If the case was not resolved, the letter shall propose next steps.

    SO ORDERED.

Dated: July 25, 2025
       New York, New York

                                            JENNIFER H. REARDEN
                                            United States District Judge