


**THE LAW OFFICE OF AVRAM E. FRISCH LLC**

New Jersey Office
1 University Plaza
Suite 119
Hackensack, NJ 07601

New York Office
150 Broadway
Suite 900
New York, NY 10038

Avram E. Frisch Esq. – Admitted in NY and NJ.  Mail to NJ address.

August 22, 2025

Hon. Jennifer H. Rearden U.S.D.J.
500 Pearl St.
Courtroom 12B
New York, NY 10007-1312

<u>**Via Electronic Filing**</u>

   Re:  1:25-cv-05956-JHR
Joshua Adams v. 177 OGB Realty LLC, 177 OPT Realty LLC, and Chocolate Dip LLC Defendant(s)

Dear Judge Rearden:

This firm represents 177 OGB Realty LLC and 177 OPT Realty LLC.  This letter is to request an extension of time to respond to the complaint in this matter until September 15, 2025.  I was recently retained on the matter, but the co-defendant, who is a tenant of my clients, has been away on vacation in Saudi Arabia and has yet to retain counsel and to have discussions about the allegations in the complaint, many of which are related to the operations of the Chocolate Dip's operations in the leased space.  Furthermore, the Court has ordered mediation, which has yet to be scheduled, which will also necessarily involve the Chocolate Dip.  I reached out to the Plaintiff's counsel yesterday, but have not heard back from her, but due to the approaching deadline and my own schedule, I am unable to wait any longer to hear back from her prior to making this application.  While I do not represent Chocolate Dip, I would request that its time to answer be similarly extended.

              Very truly yours,



              Avram E. Frisch

Cc: 177 OGB Realty LLC and 177 OPT Realty LLC



201.289.5352   866.883.9690   frischa@avifrischlaw.com   www.avifrischlaw.com

Jennifer H. Rearden

