UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA ADAMS,<br><br>      Plaintiff,<br><br>    -v.-<br><br>177 OGB REALTY LLC and 177 OPT REALTY LLC.,<br><br>      Defendants and<br>      Cross Claimants,<br><br>    -v.-<br><br>CHOCOLATE DIP LLC<br><br>      Defendant and<br>      Cross Claim<br>      Defendant, | 25 Civ. 05956 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  Plaintiff Joshua Adams filed the Complaint in this action, seeking injunctive relief pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq.*, and the ADA's Accessibility Guidelines, 28 C.F.R. Part 36, on July 21, 2025.  ECF No. 1.  Defendant Chocolate Dip LLC ("Chocolate Dip") was served with process on July 25, 2025.  ECF No. 17.  Its answer was therefore due on August 15, 2025.  *Id.*; *see also* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer . . . within 21 days after being served with the summons and complaint.").  Chocolate Dip has not responded to the Complaint or otherwise appeared.

  It is hereby ORDERED that, by no later than **October 27, 2025**, Plaintiff shall seek a default judgment against Chocolate Dip or show cause why this action should not be dismissed against Chocolate Dip for failure to prosecute.  Any application for a default judgment must comply with the Court's Individual Rules and Practices in Civil Cases.  **Failure to submit a timely and proper motion for a default judgment may result in dismissal of this case**.  *See*

Fed. R. Civ. P. 41.  Plaintiff must serve its motion and supporting papers on Chocolate Dip by **October 27, 2025** and file an affidavit of service by **October 29, 2025**.  If or when a motion for a default judgment is filed and proof of service is furnished, Chocolate Dip shall file its opposition within **two weeks of the date of the proof of service**, and Plaintiff shall file his reply, if any, **one week thereafter.**

It is further ORDERED that, by **October 22, 2025**, Plaintiff shall serve a copy of the Order on Chocolate Dip via overnight courier.  Within **two days of service**, Plaintiff shall file proof of such service on the docket.

SO ORDERED.

Dated: October 17, 2025
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

2