UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: **1:25-cv-05956-JHR**

| | |
|---|---|
| **Joshua Adams**,<br>        Plaintiff,<br>vs.<br><br>**177 OGB Realty LLC,** and<br>**177 OPT Realty LLC**, and<br>**Chocolate Dip LLC,**<br>        Defendants. | **<u>CLERK'S<br>CERTIFICATE OF DEFAULT</u>** |

     I, **Tammi M. Hellwig**, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 21, 2025 with the filing of the Amended Complaint [DE#6] on July 22, 2025. The Summons and Complaint were served on Defendant **Chocolate Dip LLC**, by serving personally Consuelo Aguilera at the Secretary of State on July 25, 2025. Defendant, **Chocolate Dip LLC**'s, time to answer or otherwise respond to the Complaint [DE#6] expired on August 15, 2025. The proof of service was filed September 23, 2025 [DE#18].

     I further certify that the docket entries indicate that the Defendant, **Chocolate Dip LLC** has not filed an answer, or otherwise moved with respect to the complaint herein. The Default of the Defendant, **Chocolate Dip LLC**, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

     Dated:    New York, New York

**Tammi M. Hellwig**
Clerk of Court

By: _____
DEPUTY CLERK