UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: **1:25-cv-05956-JHR**

| | |
|---|---|
| **Joshua Adams**,<br>    Plaintiff,<br>vs.<br><br>**177 OGB Realty LLC,** and<br>**177 OPT Realty LLC**, and<br>**Chocolate Dip LLC,**<br>    Defendants, | **AFFIRMATION OF<br>MARIA-COSTANZA BARDUCCI<br>IN SUPPORT OF ENTRY OF<br>CLERK'S<br>CERTIFICATE OF DEFAULT OF<br>DEFENDANT,<br>CHOCOLATE DIP LLC** |

I, Maria-Costanza Barducci, Esq., as Counsel for Plaintiff in the above-styled action, hereby affirm under penalty of perjury as follows:

1) Barducci Law Firm, PLLC represents Plaintiff, **Joshua Adams** ("Plaintiff"), in the above captioned matter.

2) The within action was commenced for injunctive relief, pursuant to the Americans with Disabilities Act, 42 U.S.C., Section 12181 *et. seq*. (ADA) and 28 CFR Part 36 (ADAAG).

3) Plaintiff is a resident of the State of New York. Plaintiff was born with spina bifida and Hydrocephalus, and as a result is bound to ambulate in a wheelchair

4) The within action was commenced on **July 21, 2025**.

5) The Summons and Complaint [DE#6] were served on the Defendant, **Chocolate Dip LLC** ("Defendant"), by service upon the Secretary of State on **July 25, 2025**. Defendant's time to answer or otherwise respond to the complaint expired on **August 15, 2025**. To date, no Answer has been interposed on behalf of the Defendant. The Defendant is a corporate entity, and is not an individual in the military service, nor is the Defendant an infant or incompetent.

6) Defendant, **Chocolate Dip LLC**, has not interposed an answer. It is apparent that the Defendant has no intention of voluntarily submitting to the jurisdiction of the Court.

WHEREFORE, Plaintiff requests that the Clerk of the Court enter a Notice of Default with respect to Defendant, **Chocolate Dip LLC**. in the within matter.

Dated: <u>October 22, 2025    </u>

<u>s/Maria Costanza Barducci              </u>
Maria-Costanza Barducci (Bar No. 5070487)
   *Attorney for Plaintiff*
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, New York 10011
(212) 433-2554
MC@BarducciLaw.com

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 22, 2025, I electronically filed the foregoing document with all other supporting documents and proposed Certificates that were filed on the docket, with the Clerk of the Court using CM/ECF filing system upon all parties of record, as well as, via mail upon Defendants at the following addresses:

**Chocolate Dip LLC**
   177 Orchard Street,
   New York, NY 10002

Via USPS Priority Mail

By: <u>s/Maria-Costanza Barducci          </u>
     Maria-Costanza Barducci, Esq.
       *Attorney for Plaintiff*