UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————————— X

Adams

                              Plaintiff,                        Affirmation of Service

      -against-
177 OGB Realty LLC, et al.

                                                          25   CV 5956   ( JHR )

                            Defendant.
———————————————————————— X

I, Maria-Costanza Barducci, declare under penalty of perjury that I have served a copy of the attached Clerk Certificate of Default [DE#25]

upon CHOCOLATE DIP LLC

whose address is: 177 Orchard Street, New York, NY 10002

Dated: October 28, 2025
       New York, New York

                                                        /s/ Maria-Costanza Barducci
                                                        Signature

                                                        5 West 19 St, 10th Fl
                                                        Address

                                                        New York NY, 10011
                                                        City, State, Zip Code