MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK

---

10011 TELEPHONE: 212-433-2554

**November 4, 2025**

Honorable Jennifer H. Rearden
U.S. District Court Judge
Southern District of New York
500 Pearl St.,
New York, NY 10007

      *Re:*    *Adams v. 177 OGB Realty LLC et al*
             *Civil Action No.:  1:25-cv-05956-JHR*
             *Joint Notice of Settlement*

Your Honorable Judge Rearden,

      We represent Plaintiff in the above-styled action.

      Pursuant to the Court's October 20, 2025 Scheduling Order [DE#19], the Plaintiff was directed to seek a motion for default judgment as to Chocolate Dip LLC and serve the Court;s Order upon said defendant. Paramount, the Plaintiff and Defendants file this notice to apprise Your Honor that the Parties have just reached a Settlement in Principle and are now encapsulating the terms within the requisite Settlement papers and agreements therewith.

      Moreover, while all are diligently working to perfect the Settlement documentations, the Parties anticipate that a Final Stipulation of Dismissal could be filed within the coming forty-five days as the exact terms are ironed out and the Settlement Papers are perfected and signed by all parties.

      We thank you for the Court's time and attention to this matter.

      The Parties thank Your Honor for her time and attention,

.

                                              Most Respectfully,

                                              BARDUCCI LAW FIRM

                                              _____
                                              PLLC

                                              Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only